**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Rick Alton Foley,  )
        Plaintiff,  )
        v.  )    CV-07-0603-PHX-SMM (LOA)
Frederickson, et al.,  )    **ORDER**
        Defendants.  )

It appearing to the Court that Defendants Schriro, Kimble and Sauceda's Motion to Dismiss First Amended Complaint Under Statute of Limitations is now ready for consideration (Dkt. 21),

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion. (Dkt. 21) However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 13th day of December, 2007.

Stephen M. McNamee
United States District Judge